IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINA J. INGRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:07-0328 |
| ) | JUDGE HAYNES |
| PETE GEREN, ACTING SECRETARY ) | |
| OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant, Pete Geren, Acting Secretary of the Army's motion for summary judgment (Docket Entry No. 13) is **GRANTED**. Plaintiff Regina J. Ingraham's claims for discrimination and unlawful retaliation under 42 U.S.C. §2000e et seq. are **DISMISSED WITH PREJUDICE.**

This is the Final Order in this Action.

It is so **ORDERED.**

**ENTERED** the 19th day of August, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge